IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DAUN CHALLENCER BURNS                                              PLAINTIFF

v.                                                    CAUSE NO. 1:10CV483-LG-RHW

MICHAEL J. ASTRUE                                                  DEFENDANT

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation [17] entered by United States Magistrate Judge Robert H. Walker on May 16, 2012, the Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Order entered herein,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the the Proposed Findings of Fact and Recommendation [17] entered by United States Magistrate Judge Robert H. Walker is **ADOPTED** as the opinion of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Commissioner's Motion to Dismiss [12] is **GRANTED** and Burns' Motion for Judgment [15] is **DENIED**. This lawsuit is hereby **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**.

**SO ORDERED AND ADJUDGED** this the 12th day of June, 2012.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE